1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  SHEILA S. JOHNSON, State Bar #284468
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, CA  94102-5408
   Telephone:    (415) 554-4230
6  Facsimile:    (415) 554-3837
   E-Mail:       sheila.johnson@sfcityatty.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO AND
   ALICE MOUGHAMIAN
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  | JANET TAPIA,                              | Case No.                                      |
    |------------------------------------------|-----------------------------------------------|
14  |       Plaintiff,                          | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441(a) (Federal Question)** |
15  |       vs.                                 |                                               |
16  | ALICE MOUGHAMIAN, NURSE''S [sic]          | [San Francisco Superior Court Case No. CGC-19-575076] |
17  | SUPERVISOR, (an individual) FELIZIA       |                                               |
    | HOUSTHONG, DIRECTOR (an [sic] SCOTT       |                                               |
18  | WALTON (an individual) CHELSEA MOON,      | Trial Date:    Not Set                        |
    | (an individual) FOURTH JANET DOE          |                                               |
19  | NURSES, (individuals), CRISTINA QUARKS    |                                               |
    | (an individual) TWO JANE DOES,            |                                               |
20  | (unlicensed individuals) JANET JOY        |                                               |
    | EXECUTIVE DIRECTOR (an individual)        |                                               |
21  | KATLHEEN MURPHY (shelter health           |                                               |
    | program coordinator) DIRECT CARE          |                                               |
22  | MEDICAL RESPITE INC.( an [sic] nonprofit  |                                               |
    | corporation and DOES 1-100 Inclusive      |                                               |
23  | ,                                         |                                               |
    |       Defendants.                         |                                               |
24

25

26

27  TO: CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF:

28       NOTICE IS HEREBY GIVEN that CITY AND COUNTY OF SAN FRANCISCO, and

ALICE MOUGHANIAN ("Defendant"), named as a defendant in the above-captioned action, No. CGC-19-575076, in the files and records of the Superior Court in and for the City and County of San Francisco, hereby file in the United States District Court for the Northern District of California a Notice of Removal of said action to the said United States District Court, pursuant to 28 U.S.C. §§1441 and 1446, and are filing in said Superior Court a Notice of Removal.

Defendant, pursuant to 28 U.S.C. §§1441 and 1446, present the following facts to the Judges of the United States District Court for the Northern District of California:

A civil action bearing the above-caption was commenced in the Superior Court of California, in and for the City and County of San Francisco, Action No. CGC-19-575076, on August 22, 2019, and is pending therein. The summons and complaint was served on defendant Alice Moughamian on September 23, 2019.  Defendant Felizia Housthang was served with the complaint on September 24, 2019.  At the time of this notice, only defendant Felizia Housthang and Alice Moughamian have been served.

The Complaint in said pending action includes allegations brought under Title II of the Americans with Disabilities Act.

This action may properly be removed to this Court pursuant to 28 U.S.C. §1441, for the reason that Plaintiff's complaint alleges a violation of laws of the United States.

To the extent that Plaintiff's complaint alleges a claim or cause of action other than violations of rights under the laws of the United States, said cause(s) of action may be removed and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

Pursuant to 28 U.S.C. §1446(b), a copy of the following documents are attached:

1. The Summons and Complaint are hereto attached as Exhibit A.

Venue in this district is proper under 28 U.S.C. § 1441 because this District includes the California Superior Court for San Francisco County, the forum in which the removed action was pending.

Defendant will promptly file a Notice of this Removal with the Clerk of the Superior Court for San Francisco County and serve the Notice on all parties.

1  Counsel for defendant Felizia Housthang has been notified of the removal of this case to
2  Federal Court.
3  WHEREFORE, Defendants pray that the above action now pending in the Superior Court of
4  the State of California in and for the City and County of San Francisco be removed in its entirety to
5  this Court for all further proceedings, pursuant to 28 U.S.C. §1441, et. seq.

Dated:  October 23, 2019

                        DENNIS J. HERRERA
                        City Attorney
                        CHERYL ADAMS
                        Chief Trial Deputy
                        SHEILA S. JOHNSON
                        Deputy City Attorney

               By: */s/  Sheila S. Johnson*
                    SHEILA S. JOHNSON

                    Attorneys for Defendant
                    CITY AND COUNTY OF SAN FRANCISCO

## PROOF OF SERVICE

I, MONICA TREJO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On October 23, 2019, I served the following document(s):

**NOTICE OF REMOVAL OF ACTION UNDER, 28 U.S.C. §§ 1441(a) (Federal Question)**

**CIVIL COVER SHEET**

on the following persons at the locations specified:

Janet Tapia
237 Kearny Street, #237
San Francisco, CA  94108
Tel:  (510) 823-7353

in the manner indicated below:

☒ **BY UNITED STATES MAIL**:  Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 23, 2019, at San Francisco, California.

*/s/ Monica Trejo*
MONICA TREJO